**Opinion issued August 18, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-13-00124-CV

————————————

**XENOS YUEN AND THE LAW OFFICES OF YUEN & ASSOCIATES, P.C., Appellants**

**V.**

**HUNG HO AND H.L.L.S., Appellees**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Case No. 2010-56898**

---

## MEMORANDUM OPINION

Appellants, Xenos Yuen and The Law Offices of Yuen & Associates, P.C., have failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that

this appeal was subject to dismissal, appellants did not adequately respond. *See* TEX.

R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Bland, Massengale, and Lloyd.